■ SUZANNE PARKER et al., Respondents, v GREATER CANANDAIGUA FAMILY YMCA, INC., et al., Appellants. [847 NYS2d 490]— Appeal from an order of the Supreme Court, Ontario County (John J. Ark, J.), entered September 25, 2006 in a personal injury action. The order denied defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Hurlbutt, J.P., Martoche, Fahey, Peradotto and Green, JJ.